# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 9, 2012

144293

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

STAFANO ADEESA DAVIS,
        Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144293
COA: 299343
Calhoun CC: 2010-000927-FC

_____/

      On order of the Court, the application for leave to appeal the November 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MARILYN KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 9, 2012

_____
Clerk

p0502